Decided June 19, 2000

ISIDRO RIVERA, JR. *v.* COMMISSIONER OF CORRECTION

The petitioner Isidro Rivera, Jr.'s petition for certification for appeal from the Appellate Court, 57 Conn. App. 390 (AC 19062), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Linda N. Howe*, assistant state's attorney, in opposition.

Decided June 19, 2000